MEMO ENDORSED

January 24, 2019

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

> Application granted. In light of the revised case management plan, the February 8, 2019 conference is adjourned until April 5, 2019, at 4:15 p.m. SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> January 25, 2019

Re: *Waterfall Asset Management, LLC v. Waterfall Properties Group, LLC*
Case No. 1:18-cv-6341-RA

Dear Judge Abrams:

Counsel for the parties jointly submit this letter-motion to seek a sixty-day extension of the remaining deadlines set forth in the Case Management Plan and Scheduling Order for this case and adjournment of the February 8, 2019 post-fact-discovery conference until after the new fact discovery close. We submit that there is good cause for the extension sought. Both parties have diligently pursued their claims and engaged in the discovery process. However, it is now clear that more time will be required to complete fact discovery in a manner that affords each side due process. The parties still need to resolve some document production disputes, conduct depositions and perhaps conduct some additional follow-up discovery In addition, the parties have engaged, and remain engaged in settlement discussions, and believe that the additional time sought to continue those discussions and complete discovery will further the potential for an amicable resolution to this case.

There have been no prior requests for extensions of the times set forth in the Scheduling Order. The only prior request for an extension of time was Defendant's request for a 30-day extension of time to respond to the complaint, which was granted.

A proposed Revised Scheduling Order is enclosed with this letter. For the reasons set forth above, counsel respectfully request that the extension sought herein be granted.

Respectfully submitted,

Faegre Baker Daniels LLP

/s/ Peter M. Routhier
Peter M. Routhier (*pro hac vice*)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Tannenbaum Helpern Syracuse
   & Hirschtritt LLP

/s/ L. Donald Prutzman
L. Donald Prutzman
900 Third Avenue
New York, New York 10022

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/19

-2-                                                          January 24, 2019

Telephone: (612) 766-7000         (212) 508-6739
Fax: (612) 766-1600               Fax: (212) 202-6491
Email: Peter.Routhier@FaegreBD.com   Email: prutzman@thsh.com

Attorneys for Plaintiff           Attorneys for Defendant

Enclosure.