|  | USDC-SDNY |
|---|---|
|  | DOCUMENT |
|  | ELECTRONICALLY FILED |
|  | DOC #: |
|  | DATE FILED: 1/25/19 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WATERFALL ASSET MANAGEMENT, LLC

Plaintiff,

v.

WATERFALL PROPERTIES GROUP, LLC

Defendant.

Civil No.:1:18-cv-6341-RA

**REVISED SCHEDULING ORDER**

**Hon. Ronnie Abrams**, United States District Judge:

Pursuant to Rules 16-26(f) of the Federal Rules of Civil Procedure, the Court hereby adopts the following Revised Scheduling Order:

1. All parties do not consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.

2. The parties are currently engaged in settlement discussions

3. The case is to be tried to a jury.

4. No additional parties may be joined after October 19, 2018 without leave of the Court.

5. No amendments to the pleading may be made after October 19, 2018 without leave of the Court.

6. Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be completed no later than October 19, 2018.

7. All fact discovery is to be completed no later than April 5, 2019.

8. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following

interim deadlines may be extended by the parties on consent without application to the Court, provided that the parties meet the deadline for completing fact discovery set forth in paragraph 7 above.

    a.     Initial requests for production of documents shall be served by November 2, 2018.

    b.     Interrogatories shall be served by March 5, 2019.

    c.     Depositions shall be completed by April 5, 2019.

    d.     Requests to Admit shall be served no later than March 5, 2019.

9. All expert discovery, including disclosures, reports, production of underlying documents, and depositions shall be completed by June 10, 2019. [The parties shall be prepared to describe their contemplated expert discovery at the bases for their proposed deadlines at the initial conference.]

10. All discovery shall be completed no later than June 10, 2019.

11. The Court will conduct a post-fact-discovery conference on _April 5, 2019____ at ____4:15 p.m._____. No later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

12. Unless otherwise ordered by the Court, the joint pretrial order and additional submissions required by Rule 6 of the Court's Individual Rules and Practices shall be due thirty (30) days from the close of discovery, or if any dispositive motion is filed, thirty (30) days from the Court's decision on such motion. The case shall be trial ready sixty (60) days from the close of discovery or the Court's decision on any dispositive motion.

13. Counsel for the parties propose the following alternative dispute resolution mechanism for this case:

    a.    ___ Referral to a Magistrate Judge for settlement discussions

    b.    _X_ Referral to the Southern District's Mediation Program

    c.    ___ Retention of a private mediator.

    The use of any alternative dispute resolution mechanism does not stay or modify any date in this Order.

14. The parties have conferred and their present best estimate of the length of trial is 3-5 days.

SO ORDERED.

Dated:   January 25, 2019
     New York, New York

                   Hon. Ronnie Abrams
                   United States District Judge

Counsel for the parties:

| FAEGRE BAKER DANIELS LLP | TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP |
|---|---|
| Peter M. Routhier (*pro hac vice*)<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN<br>Telephone: 612 766-7000<br>Fax: 612 766-1600<br>Email: Peter.Routhier@FaegreBD.com | L. Donald Prutzman<br>900 Third Avenue<br>New York, New York 10022<br>(212) 508-6739<br>Fax: (212) 202-6491<br>Email: prutzman@thsh.com |
| Attorney for Plaintiff | Attorney for Defendant |