UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WATERFALL ASSET MANAGEMENT, LLC, | 18-cv-6341 (RA) |
| Plaintiff, | |
| - against - | **STIPULATION AND ORDER OF DISMISSAL** |
| WATERFALL PROPERTIES GROUP, LLC, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel, that this action may be dismissed with prejudice and without award of costs or fees to either party.

Dated: New York, New York
April 2, 2019

FAEGRE BAKER DANIELS LLP

By /s/ Peter M. Routhier
  James J. Saul
  Peter M. Routhier
311 Wacker Drive, Suite 4300
Chicago, Illinois 60606
(312) 356-5053
  Attorneys for Plaintiff

TANNENBAUM HELPERN SYRACUSE
  & HIRSCHTRITT LLP
By _____
  L. Donald Prutzman
900 Third Avenue
New York, New York 10022
(212) 508-6700
  Attorneys for Defendant

SO ORDERED:

_____
                U.S.D.J.