UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/19
```

---

WATERFALL ASSET MANAGEMENT, LLC,

                Plaintiff,

- against -

WATERFALL PROPERTIES GROUP, LLC,

                Defendant.

---

18-cv-6341 (RA)

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel, that this action may be dismissed with prejudice and without award of costs or fees to either party.

Dated: New York, New York
       April 2, 2019

FAEGRE BAKER DANIELS LLP

By /s/ Peter M. Routhier
   James J. Saul
   Peter M. Routhier
311 Wacker Drive, Suite 4300
Chicago, Illinois 60606
(312) 356-5053
   Attorneys for Plaintiff

TANNENBAUM HELPERN SYRACUSE
  & HIRSCHTRITT LLP

By _____
   L. Donald Prutzman
900 Third Avenue
New York, New York 10022
(212) 508-6700
   Attorneys for Defendant

SO ORDERED:

_____ U.S.D.J.
4-3-19